APRIL 22, 1947

No. 7215.— *Joseph Fischer as liquidating agent of Schmoll Fils Assd., Inc., et al.* v. *United States.* Entered at New York, N. Y., Reap. Dec. 6950. Motion by appellee.

F. MURRAY HILL CO., INC., ET AL. *v.* UNITED STATES

No. 7216.—Invoices dated London, England, April 15, 1946, etc.
Certified April 16, 1946, etc.
Entered at New York, N. Y., June 10, 1946, etc.
Entry Nos. 766657; 331710.

(Decided April 28, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.